```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 04183
   JOHN N MARAFATSOS
   FLORENCE R MARAFATSOS                        CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-9509     SSN XXX-XX-2727
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/09/07 .

    2.  The case was dismissed without confirmation, 08/03/2007.

    3.  The Debtor paid a total of $   1278.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| BAXTER CREDIT UNION | SECURED | .00 | .00 | .00 |
| CREDIT ACCEPTANCE | SECURED VEHIC | .00 | .00 | 265.44 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | 957.53 |
| HEIGHTS FINANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| LAKE COUNTY COLLECTOR | PRIORITY | .00 | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHECK N GO OF ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST CA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| EXXON MBGA CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| CEMB | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GRAND DENTAL CARE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| LOANSTAR SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| SOUTHWEST CREDIT SYSTEM | UNSECURED | NOT FILED | .00 | .00 |

```
BAXTER CREDIT UNION        MORTGAGE ARRE NOT FILED                  .00              .00
      Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00          .00          .00         .00           .00
PRINCIPAL PAID         1222.97          .00          .00         .00       1222.97
INTEREST PAID              .00          .00          .00         .00           .00
TOTAL PAID             1222.97          .00          .00         .00       1222.97
The Debtor's attorney, LEEDERS & ASSOC LTD            , was allowed $    3000.00
and was paid $   1400.00  direct and $       .00  through the plan.

The Trustee received $     55.03 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 11/16/07                   /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE
```